IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HB PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.: 19-cv-6366 |
| ) | |
| v. ) | |
| ) | Judge John Robert Blakey |
| DOES 1-21, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO TAKE DISCOVERY
## PRIOR TO RULE 26(f) CONFERENCE

Plaintiff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take limited discovery prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum and Declaration filed concurrently herewith. The Mandatory Initial Discovery Pilot Project supersedes Rule 26(a)(1) and does not affect the grounds for or relief sought in this Motion. Plaintiff requests a hearing on this matter, if necessary, in accordance with the accompanying notice.

In particular, Plaintiff seeks the issuance of subpoenas under Rule 45 to the Internet Service Provider ("ISP") who provided internet services to the Doe Defendants identified by an Internet Protocol ("IP") address in Exhibit B of the Complaint to obtain information sufficient to identify the Doe Defendants by name and current address.

Respectfully submitted,

Dated: October 2, 2019        HB PRODUCTIONS, INC.

By:    s/Michael A. Hierl
       Michael A. Hierl (Bar No. 3128021)
       William B. Kalbac (Bar No. 6301771)
       Hughes Socol Piers Resnick & Dym, Ltd.
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       (312) 580-1994 Facsimile
       mhierl@hsplegal.com

       Attorneys for Plaintiff
       HB Productions, Inc.

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 2, 2019.

                                                    s/Michael A. Hierl