IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HB PRODUCTIONS, INC., | ) |
| | ) Case No.: 19-cv-6366 |
| Plaintiff, | ) |
| | ) Judge John Robert Blakey |
| v. | ) |
| | ) |
| DOES 1-21, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

PLEASE TAKE NOTICE that on Thursday, October 17, 2019, at 9:45 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Robert Blakey, in the courtroom usually occupied by him, Room 1203, in the United States District Courthouse at 219 South Dearborn Street, Chicago, IL and present the accompanying Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

Dated: October 2, 2019

Respectfully submitted,

HB PRODUCTIONS, INC.

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
Attorneys for Plaintiff
HB Productions, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 2, 2019.

                                          s/Michael A. Hierl